

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Nancy E. Potts*
*Direct Dial: (215) 861-8263*
*Facsimile: (215) 861- 8618*
*E-mail Address: Nancy.Potts@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

September 5, 2025

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

        Re:    United States v. Miya V. Pack
                  Criminal No. 25-384

Dear Clerk:

      Please unimpound the Indictment in regard to the above-captioned case.  The Indictment was filed on September 2, 2025.

                                  Very truly yours,

                                  DAVID METCALF
                                  United States Attorney


                                  */s/ Nancy Potts*
                                  Nancy E. Potts
                                  Assistant United States Attorney